UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Karen Saindon,

    Plaintiff,

    v.　　　　　　　　　　　　　　　　　　　Civil Action No. 1:15-cv-11526-IT

Hobart Corporation,

    Defendant.

## Scheduling Order

**TALWANI, D.J.**

    This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

## Timetable for Discovery and Motion Practice

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this court's Notice of Scheduling Conference must be completed by **June 17, 2015**.

2. **Fact Discovery – Interim Deadlines.**

   a. All requests for production of documents and interrogatories must be served by **August 31, 2015.**

   b. All requests for admissions must be served by **January 31, 2016**.

   c. All depositions, other than expert depositions, must be completed by **January 31, 2016**.

3. **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, and requests for admissions, must be completed by **January 31, 2016**.

4. **Status Conference.** A status conference will be held on **February 2, 2016, at 2:30 p.m.**

## **Procedural Provisions**

5. **Extension of Deadlines.**  Motions to extend or modify deadlines will be granted only for good cause shown.  All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

6. **Motions to Compel or Prevent Discovery.**  Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant.  If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

7. **Status Conferences.**  The court has scheduled a status conference after the close of fact discovery for case management purposes.  Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

8. **Early Resolution of Issues.**  The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case.  Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

9. **Pretrial Conference.**  Lead trial counsel are required to attend any pretrial conference.


 Indira Talwani  
United States District Judge

By: /s/Gail MacDonald Marchione  
Date: June 4, 2015                 Courtroom Deputy Clerk