UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KAREN SAINDON,**
    **Plaintiff,**

    vs.    CASE NO.: 15-CV-11526-IT

**HOBART CORPORATION,**
    **Defendant.**

_____

**JOINT STATEMENT PURSUANT TO ORDER, MAY 2, 2016 OF TALWANI, D.J.**

1. Whether the parties anticipate expert discovery and/or dispositive motions.

   The Plaintiff expects to offer treating practitioner and expert testimony by way of treating orthopedic medical and psychological practitioners but no dispositive motions are anticipated at this time by the Plaintiff.

2. a. Expert Discovery:

   i. The deadline by which Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed.

   **July 8, 2016**

   ii. The deadline by which Plaintiff's trial experts must be deposed.

   **September 9, 2016**