UNITED STATES DISTRICT COURT FOR THE DISTRIC OF
MASSACHSUETTS

| | |
|---|---|
| **KAREN SAINDON,** | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| VS. | ) CIVIL DOCKET NO: 1:15-cv-11526-IT |
| | ) |
| **ITW FOOD EQUIPMENT GROUP, LLC,** | ) |
| | ) |
| **DEFENDANT** | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF AND OTHER RELIEF:

## DISPOSITION OF FILE

Pursuant to Massachusetts Rules of Civil Procedure, 11(c), I, Andrew J. Zaroulis request leave from this Honorable Court to withdraw as counsel for the Plaintiff, Karen Saindon, in the above-referenced case on the grounds stated in the attached memorandum.

WHEREFORE, I respectfully request I be allowed to withdraw as counsel of record for the Plaintiff, Karen Saindon, and the appearance of John F. Laderoute, Esquire for the Plaintiff stand.

/s/ Andrew J. Zaroulis

Andrew J. Zaroulis, Esquire, BBO#: 539220
Law Offices of Andrew J. Zaroulis
202 Central Street
Lowell, MA 01852 01852
zaroulis@verizon.net
(978) 459-8600

Dated: January 18, 2017

1