UNITED STATES DISTRICT COURT FOR THE DISTRIC OF
MASSACHSUETTS

| | |
|---|---|
| KAREN SAINDON, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| VS. | ) CIVIL DOCKET NO: 1:15-cv-11526-IT |
| | ) |
| ITW FOOD EQUIPMENT GROUP, LLC, | ) |
| | ) |
| DEFENDANT | ) |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF, AND OTHER RELIEF: DISPOSITION OF FILE

In support of my motion I state as follows:

#### I. REQUEST TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

I and my office, appear as counsel for the Plaintiff, Karen Saindon, in the above-referenced case.

From its inception, the representation of the Plaintiff was handled by John F. Laderoute, Esquire, who was affiliated with my office until September 16, 2016.

Subsequent to September 16, 2016, the Plaintiff was informed by certified mail that Attorney Laderoute was no longer affiliated with this office and was also advised of her right to elect whether her representation in this case would be continued by this office, by Attorney Laderoute, or by another attorney selected by the Plaintiff. The Plaintiff informed this office on September 26, 2016, in writing, that she elects Attorney Laderoute as her attorney in regard to the above-referenced case.

Attorney Laderoute remains has an individual appearance entered on this case.

Although the Plaintiff notified this office on September 26, 2016, that she elects Attorney John F. Laderoute to represent her, the Plaintiff has made no efforts to retrieve her file.

The files remain in the custody of this office.

## II.   DISPOSITION OF THE PLAINTIFF'S FILE

In view of the above, I respectfully request the guidance of this honorable court as to the proper disposition of the Plaintiff's files which remain in my custody.

                                                /s/ Andrew J. Zaroulis

Andrew J. Zaroulis, Esquire, BBO#: 539220
Law Offices of Andrew J. Zaroulis
202 Central Street
Lowell, MA 01852 01852
zaroulis@verizon.net
(978) 459-8600

Dated:  January 18, 2017

3

## CERTIICATE OF SERVICE

I have **this day** served a copy of the foregoing Motion and Memorandum by email communication **and first-class mail** as follows:

John F. Laderoute, Esquire, P.O. Box 1006, Lowell, MA 01853 and johnladeroute@comcast.net and

Douglas A. Robertson, Martin, Magnuson, McCarthy and Kenney, 101 Merrimac Street Boston, MA 02114-4716 and drobertson@mmmk.com

Karen Saindon, 23 Pratt Avenue #3, Lowell, MA 01851

/s/ Andrew J. Zaroulis
_____
Andrew J. Zaroulis, Esquire, BBO#: 539220
Law Offices of Andrew J. Zaroulis
202 Central Street
Lowell, MA 01852 01852
zaroulis@verizon.net
(978) 459-8600

Dated: January 18, 2017

4