UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN SAINDON,<br>   Plaintiff,<br><br>v.<br><br>ITW FOOD EQUIPMENT GROUP LLC,<br>   Defendant. | )<br>)<br>)<br>)<br>) CASE NO. 1:15-cv-11526<br>)<br>)<br>)<br>) |

### CERTIFICATION PURSUANT TO COURT ORDER OF
### FEBRUARY 2, 2017

In accordance with J. Talwani's instructions of February 2, 2017, I hereby certify this 4th day of February, 2017 that I entered into a contingency fee agreement with the Plaintiff on February 3, 2017 and made arrangements for the client to obtain her file from the Law Office of Andrew J. Zaroulis and that file is now within the Plaintiff's possession.

*/s/ John F. Laderoute*
John F. Laderoute, Esq., BBO #655124
P.O. Box 1006
Lowell, MA  01853
Tel. (508) 243-8775
johnladeroute@comcast.net