UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KAREN SAINDON,<br>Plaintiff, | ) ) ) ) | |
| v. | ) ) | CASE NO. 1:15-cv-11526 |
| ITW FOOD EQUIPMENT GROUP LLC,<br>Defendant. | ) ) ) ) | |

## PETITION FOR APPROVAL OF
## THIRD PARTY SETTLEMENT PURSUANT TO M.G.L. Ch. 152, Sec. 15

Come now the parties in the above-entitled matter and move that this Honorable Court approve the settlement of this matter for the reasons and on the terms set forth below.

The Plaintiff was an employee of ARAMARK who was injured as a result of a contested accident wherein a commercial dishwasher sliding door made contact with the Plaintiff's finger, which occurred on March 2, 2012 while the Plaintiff, was in the course of her employment as a kitchen helper. She was 50 (DOB 8-12-1960) years of age at the time of this accident with a limited high school education. The Defendant ITW FOOD EQUIPMENT GROUP, LLC was a repair and service company utilized by the Plaintiff's employer for maintenance and repairs of the kitchen equipment at the time of the accident.

As a result of the accident, the Plaintiff sustained a laceration injury to her left middle finger and dorsum of her left hand (she is right hand dominant) with disputed allegations of RSD radiating into her shoulder along with disputed PTSD claims. She received initial emergency care consisting of wound cleaning and closing and thereafter conservative medical care (Hand PT) and attention for these injuries. The Plaintiff's initial complaints were limited to pain in her finger.

The Plaintiff initially returned to work in her usual capacity after this incident but claimed that she did not want to return thereafter due to personality clashes and thereafter alleged she was unable to work due to her injuries despite bouts of working at a nursing home thereafter. She alleged she was unable to work thereafter due to her alleged RSD, finger injury, and depression/PTSD. She was also diagnosed with Bipolar that is unrelated to her injuries and which is alleged to have seriously interfered with her ability to work that is alleged unrelated to this accident.

The Plaintiff received Section 34 benefits at a rate of $ 227.17 per week, based upon an AWW of $ 370.00, from 3/3/12 until discontinued on 4/8/12. She received Section 30 medical benefits in the amount of $ 5,735.48.

The employer (ARAMARK via Sedgwick CMS) has agreed to accept $2,000.00 from the gross settlement proceeds, after "reduced" attorneys' fees and expenses are first deducted from the gross third-party settlement amount of $18,000.00. This includes dismissing the pending Federal Court case against all named Defendants in this action.

The proposed settlement is in the gross amount of $18,000.00. After deduction of a reduced attorney's fee and expenses and payment of the adjusted worker's compensation lien of, the **Plaintiff will net $6,618.76** (Exhibit "A") minus any outstanding D.O.R. liens and Medicare amounts that may be applicable but not reasonably anticipated due to the nature of this disputed claim arising out of a work related injury. Mass Health has no lien amount (Exhibit "B"). Medicare has zero claimed at the present (Exhibit "C").

Plaintiff's attorney's fee and expenses have been allocated as required by M.G.L. Ch. 152, Sec. 15, and the calculations are set forth on Exhibit "A" which is attached hereto. The Plaintiff will receive more in her pocket than from the statutory calculations even as adjusted per the *Curry* case in ranges of $1,000.00 - $5,000.00 for personal injury allocations. (Exhibit "D 1-3").

WHEREFORE, the parties move that this Honorable Court approve settlement of this matter as set forth herein.

Respectfully submitted,
Karen Saindon, Plaintiff,
By her attorney,

John F. Laderoute, Esq., BBO # 655124
P.O. Box 1006
Lowell, MA 01853
(508)243-8775
johnladeroute@comcast.net


ITW Food Equipment Group, LLC,
Defendant,
By their attorney,

Douglas A. Robertson, Esq., BBO # 552315
Martin, Magnuson, McCarthy & Kenney

101 Merrimac Street
Boston, MA  02114
(617) 227-3240, ext. 315
drobertson@mmmk.com

ARAMARK,
Employer,
By Their Lawful Representative,

_Thomas Sullivan_

Linda Smith, Team Leader
Thomas Sullivan, Subrogation Specialist
Sedgwick CMS
P.O. Box 14158
Lexington, KY  40512
(610) 293-3050
Linda.Smith@Sedgwickcms.com
Thomas.Sulliavn@Sedgwickcms.com

_Karen Saindon_

Karen Saindon, Plaintiff
(Also as to Exhibit "A")

_Andrew Zaroulis_

Andrew J. Zaroulis, Esquire, BBO #539220
202 Central Street
Lowell, MA  01852
(978) 459-8600
zaroulis@verizon.net

Dated:

**ACTION OF THE COURT:**

_____          _____
APPROVED                        DENIED

BY:

_____
                                              , Justice

Dated: _____